# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re:

OLD MARKET GROUP HOLDINGS CORP, et al.,

-----------------------------------------------------------X

OLD MARKET GROUP HOLDINGS CORP.

                         Appellant,                                  22 **CIVIL** 10934 (PKC)

     -against-                                            **JUDGMENT**

400 WALNUT AVENUE, LLC,

                        Appellee.

-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 24, 2023, the motion for leave to appeal is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
         February 24, 2023

                                                     **RUBY J. KRAJICK**

                                                     _____
                                                     **Clerk of Court**
                         **BY:**    *K. Mango*
                                                     _____
                                                       **Deputy Clerk**